**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 30, 2005

Edward Dosa Wea Neufville, Esquire
The MoraisNeufville Law Firm, LLC
2313 Maryland Avenue
Baltimore, MD 21218

Neil R. White, Esquire
Assistant U.S. Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

       Re:    Myong Jun Kim, et al. v. Alberto Gonzales, et al., Civil No. CCB-05-485

Dear Counsel:

    I have reviewed the pending motion to dismiss or for summary judgment in which the government appears to argue that its denial of Kim's motion for reconsideration (motion to reopen) is completely unreviewable, as is the underlying denial of Kim's request for adjustment of status. I am inclined to disagree. In any event, I think it is necessary to address the question of jurisdiction. The government may have until September 30, 2005, to file a motion and memorandum addressing the question of this court's jurisdiction as compared to any jurisdiction in the Fourth Circuit Court of Appeals. Compare Velasquez-Gabriel v. Crocetti, 263 F.3d 102, 104 n.1 (4th Cir. 2001) with Sepulveda v. Gonzales, 407 F.3d 59, 62-63 (2nd Cir. 2005). The ordinary response and reply times will apply.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                      Sincerely yours,

                                      /s/

                                      Catherine C. Blake
                                      United States District Judge